Hejmanowski & McCrea llc
Charles H. McCrea (SBN #104)
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
Email: chm@hmlawlv.com

Copilevitz & Canter, LLC
William E. Raney (MO #46954)*
Kellie Mitchell Bubeck (MO #65573)*
310 W. 20th Street, Suite 300
Kansas City, Missouri 64108
Telephone: (816) 472-9000
Facsimile: (816) 472-5000
Email: braney@cckc-law.com
　　　　kmitchell@cckc-law.com
* *Pro hac vice* to be submitted.

*Attorneys for Defendant Hibu Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BLAKE COOLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HIBU INC., a Delaware Corporation,<br><br>Defendant. | Case No. 19-cv-00269-MMD-VCF<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Hibu Inc. ("Hibu") respectfully files this motion for leave for an extension of time to respond to Plaintiff Blake Cooley's ("Plaintiff") class action complaint. Dkt. No. 1.

The deadline for Hibu to respond to Plaintiff's class action complaint is March 20, 2019.

Due to the nature of the allegations in this Telephone Consumer Protection Act class action, Hibu requests the Court extend the time to file its response by 21 days to April 10, 2019.

Plaintiff's counsel consented to the filing of this motion on March 18, 2019 via email.

If granted, the new deadline for Hibu to file its response to Plaintiff's class action complaint would be no later than Wednesday, April 10, 2019. This request is made in good faith and for no improper purpose and does not prejudice either party.

WHEREFORE, Hibu respectfully requests the Court grant this motion for leave for an extension of time to respond to Plaintiff's class action complaint.

Dated: March 19, 2019                    Respectfully submitted,

                                      */s/ Charles H. McCrea*
                                      Charles H. McCrea
                                      HEJMANOWSKI & MCCREA LLC
                                      Charles H. McCrea (SBN #104)
                                      520 South Fourth Street, Suite 320
                                      Las Vegas, Nevada 89101

                                      COPILEVITZ & CANTER, LLC
                                      William E. Raney (MO #46954)*
                                      Kellie Mitchell Bubeck (MO #65573)*
                                      310 W. 20th Street, Suite 300
                                      Kansas City, Missouri 64108
                                      * *Pro hac vice* to be submitted.

                                      *Attorneys for Defendant Hibu Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-20-2019

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT(FIRST REQUEST) - 2

# **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the following parties via the Court's CM/ECF electronic filing system on this 19th day of March 2019:

CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968;
Fax: (702) 825-8071
Email: attcbf@cox.net

ANTHONY I. PARONICH, ESQ. (SBN 678437)1
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
Email: anthony@broderick-law.com

                                                      */s/ Charles H. McCrea*
                                                      Charles H. McCrea

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT(FIRST REQUEST) - 3