1

2

3

4

5

6        **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
7

8                                          )      Case #2:19-cv-00269-MMD-VCF
                                           )
9    BLAKE COOLEY,                         )
                                           )
10              Plaintiff(s),              )      **VERIFIED PETITION FOR**
                                           )      **PERMISSION TO PRACTICE**
                                           )      **IN THIS CASE ONLY BY**
11        vs.                              )      **ATTORNEY NOT ADMITTED**
                                           )      **TO THE BAR OF THIS COURT**
12   HIBU, INC., a Delaware corporation,   )      **AND DESIGNATION OF**
                                           )      **LOCAL COUNSEL**
13                                         )
                Defendant(s).              )
14                                         )      FILING FEE IS $250.00

15

16    _____Adrienne D. McEntee_____, Petitioner, respectfully represents to the Court:
                  (name of petitioner)
17
         1.      That Petitioner is an attorney at law and a member of the law firm of
18
     _____TERRELL MARSHALL LAW GROUP PLLC_____
19                                      (firm name)

20   with offices at _____936 North 34th Street, Suite 300_____,
                                              (street address)
21
     _____Seattle_____, _____Washington_____, ____98103____,
                 (city)                         (state)                (zip code)
22

23      ____(206) 816-6603____, ____amcentee@terrellmarshall.com____.
         (area code + telephone number)         (Email address)
24
         2.      That Petitioner has been retained personally or as a member of the law firm by
25
     _____Plaintiff Blake Cooley_____ to provide legal representation in connection with
26                    [client(s)]

27   the above-entitled case now pending before this Court.

28
                                                                          Rev. 5/16

3.   That since _____11/03/2003_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Washington_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Washington | 11/03/2003 | 34061 |
| USDC, Western District of Washington | 02/12/2009 | |
| Ninth Circuit Court of Appeals | 09/02/2009 | |
| Second Circuit Court of Appeals | 11/14/2017 | |
| USDC, Northern District of Illinois | 3/29/2017 | |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Washington State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                            Petitioner's signature

STATE OF _____ Washington _____ )

5                                     )

COUNTY OF _____ KING _____ )

6

7     _____ Adrienne D. McEntee _____ , Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9                                                     Petitioner's signature

10 Subscribed and sworn to before me this

11 ____4th____ day of _____ 2019.

12

13

14                Notary Public or Clerk of Court

15

16 ## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.

17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____ Craig B. Friedberg _____ ,

19                                                         (name of local counsel)

20 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action. The address and email address of

21 said designated Nevada counsel is:

22

23 _____ 4760 South Pecos Road, Suite 103 _____ ,

24                                         (street address)

25 _____ Las Vegas _____ , _____ Nevada _____ , _____ 89121 _____ ,
           (city)                    (state)         (zip code)

26 _____ (702) 435-7968 _____ , _____ attcbf@cox.net _____ .
  (area code + telephone number)       (Email address)

27

28                                 4

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Craig B. Friedberg_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Blake Cooley, Plaintiff
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

004606                          attcbf@cox.net
_____
Bar number                      Email address

APPROVED:

Dated: this __22nd__ day of __April_____, 20_19_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 34061 |
| OF | ) | **CERTIFICATE** |
| ADRIENNE MCENTEE | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**ADRIENNE MCENTEE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and

all the Courts of the State of Washington on November 3, 2003, and is now and has continuously

since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 11th day of
March, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court