# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BLAKE COOLEY,

    Plaintiff(s),

vs.

HIBU, INC., a Delaware corporation,

    Defendant(s).

Case #2:19-cv-00269-MMD-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jennifer Rust Murray_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

TERRELL MARSHALL LAW GROUP PLLC
(firm name)

with offices at ___936 North 34th Street, Suite 300___,
(street address)

___Seattle___, ___Washington___, ___98103___,
(city) (state) (zip code)

___(206) 816-6603___, ___jmurray@terrellmarshall.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Plaintiff Blake Cooley___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **11/14/2005** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Washington** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Washington | 11/14/2005 | 36983 |
| Supreme Court of Oregon | 03/04/2010 | 100389 |
| USDC, Western District of Washington | 01/20/2006 | |
| USDC, Eastern District of Washington | 02/24/2009 | |
| USDC, District of Oregon | 12/13/2010 | |
| Ninth Circuit Court of Appeals | 11/23/2016 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Washington State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_Jennifer Rust Murray_
Petitioner's signature

STATE OF  Washington  )
COUNTY OF  KING  )

___Jennifer Rust Murray___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_Jennifer Rust Murray_
Petitioner's signature

Subscribed and sworn to before me this

_4th_ day of _April_ 2019.

_[signature]_
Notary Public or Clerk of Court

[Notary Seal: HOLLY ROTA, NOTARY PUBLIC, STATE OF WASHINGTON, Commission Expires 2-19-22]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Craig B. Friedberg___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___4760 South Pecos Road, Suite 103___,
(street address)

___Las Vegas___, ___Nevada___, ___89121___,
(city)      (state)      (zip code)

___(702) 435-7968___, ___attcbf@cox.net___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Craig B. Friedberg___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Blake Cooley, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

004606                    attcbf@cox.net
Bar number                Email address

APPROVED:

Dated: this 22nd day of April, 20 19.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) ) | BAR NO. 36983 |
| OF | ) ) | **CERTIFICATE** |
| JENNIFER RUST MURRAY | ) ) ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | **GOOD STANDING** |

I, Erin L. Lennon, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**JENNIFER RUST MURRAY**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 14, 2005, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 25th day of March, 2019.

Erin L. Lennon
Supreme Court Deputy Clerk
Washington State Supreme Court



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

JENNIFER RUST MURRAY

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 11th day of February, 2010,

JENNIFER RUST MURRAY

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

March 20, 2019.

NANCY COZINE
State Court Administrator

_____
Authorized Representative