# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BLAKE COOLEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HIBU INC.,<br><br>　　　　　Defendant. | 2:19-CV-00269-MMD-VCF<br><br>**ORDER** |

　　　　Before the court is the Joint Rule 26(f) Report an Discovery Plans (ECF No. 36).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that a discovery hearing on the Joint Rule 26(f) Report an Discovery Plans (ECF No. 36) is scheduled for 11:00 AM, May 24, 2019, in Courtroom 3D.

　　　　DATED this 6th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE