1  Charles Harold McCrea
2  Hejmanowski & McCrea LLC
   Nevada State Bar number 104
3  520 So. Fourth Street, Suite 320
   702.834.8777
4  chm@hmlawlv.com
5  Counsel for Defendant, Hibu, Inc.

6
### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
7

8   BLAKE COOLEY, Individual and on                )   Case #2:19-cv-00269-MMD-VCF
9   behalf of all others similarly situated        )
                                                    )
                                                    )   **VERIFIED PETITION FOR**
10                  Plaintiff(s),                   )   **PERMISSION TO PRACTICE**
                                                    )   **IN THIS CASE ONLY BY**
11          vs.                                     )   **ATTORNEY NOT ADMITTED**
                                                    )   **TO THE BAR OF THIS COURT**
12  HIBU INC.                                       )   **AND DESIGNATION OF**
                                                    )   **LOCAL COUNSEL**
13                                                  )
                    Defendant(s).                   )
14                                                  )   FILING FEE IS $250.00

15

16          Harrison Maxwell Brown     , Petitioner, respectfully represents to the Court:
                    (name of petitioner)
17
18          1.     That Petitioner is an attorney at law and a member of the law firm of

19                              Blank Rome LLP
                                    (firm name)

20  with offices at              2029 Century Park East, 6th Floor                   ,
                                        (street address)
21
            Los Angeles              ,  California          [▼] ,      90067
22              (city)                      (state)                   (zip code)

23          424.239.3400          ,       hbrown@blankrome.com        .
        (area code + telephone number)         (Email address)
24
            2.     That Petitioner has been retained personally or as a member of the law firm by
25
                Hibu, Inc.                    to provide legal representation in connection with
26                  [client(s)]

27  the above-entitled case now pending before this Court.

28                                                                          Rev. 5/16

3.    That since ___December 2, 2013___, Petitioner has been and presently is a
                          (date)
member in good standing of the bar of the highest Court of the State of _California_ ▼
                                                                            (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States Supreme Court | January 14, 2019 | |
| Central District of California | December 19, 2013 | |
| Northern District of California | December 20, 2013 | |
| Southern District of California | December 25, 2013 | |
| Eastern District of California | January 16, 2014 | |
| 9th Circuit Court of Appeals | July 26, 2017 | |
| 2d Circuit Court of Appeals | January 26, 2017 | |

See Attached

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2                                    Rev. 5/16

| Court | Admission Date | Bar No. |
|---|---|---|
| Northern District of Illinois General Bar | December 8, 2016 | |
| District of Columbia Court of Appeals | February 5, 2018 | 198407 |
| Supreme Court of California | December 2, 2013 | 291503 |

6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

The State Bar of California and District of Columbia Bar

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 4/18/2019 | #2:19-cv-00115 | USDC District of Nevada | Granted ▾ |
| | | | Denied ▾ |
| | | | Denied ▾ |
| | | | Denied ▾ |
| | | | Denied ▾ |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                              _Harrison M. Brown_
                                              Petitioner's signature

   STATE OF _California_          )
5                                 )
   COUNTY OF ___Los Angeles___    )
6

7      ___Harrison Maxwell Brown___, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                              _Harrison M. Brown_
                                              Petitioner's signature

10  Subscribed and sworn to before me this

11   _9th_ day of _May_, _2019_.

12                                              ┌─────────────────────────────┐
                                               │   KAMEELAH HAKEEM            │
13   _Kameelah Hakeem_                         │   Notary Public - California │
       Notary Public or Clerk of Court        │   Los Angeles County         │
14                                             │   Commission # 2236948       │
                                               │   My Comm. Expires Apr 17, 2022 │
15                                             └─────────────────────────────┘

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate __Charles Harold McCrea__,
                                                                    (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
    above-entitled Court as associate resident counsel in this action. The address and email address of
21
    said designated Nevada counsel is:
22

23                     ___520 South Fourth Street, Suite 320___,
                                    (street address)
24
         ___Las Vegas___, ___Nevada___      ▼, ___89101___,
25             (city)              (state)              (zip code)

26      ___702.834.8777___,   ___chm@hmlawlv.com___.
          (area code + telephone number)      (Email address)
27

28                                   4                         Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Charles Harold McCrea_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Hibu Inc.
(type or print party name, title)
By _____
(party's signature)

_John J. Butler  General Counsel_
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

104                           chm@hmlawlv.com
Bar number                    Email address

APPROVED:

Dated: this __20th__ day of __May__ , 20 _19_.

_____
UNITED STATES DISTRICT JUDGE

5                                          Rev. 5/16

# CERTIFICATE OF STANDING

March 14, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HARRISON MAXWELL BROWN, #291503 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2013; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Harrison Maxwell Brown

was duly qualified and admitted on **February 5, 2018** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on March 18, 2019.

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:

District of Columbia Bar Membership